## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:　　　　　Appeal Filed in Case No. 14-2831-als7
Gretter Autoland, Inc.

☑ Bankruptcy Case

☐ Adversary Proceeding
　　Assoc. Bankruptcy Case No.:

## TRANSMITTAL OF NOTICE OF APPEAL AND STATEMENT OF ELECTION

☑ Election to District Court　　☐ Motion for Leave to Appeal

Pending Related Appeals? no　　If Yes, Appeal # _____

**Appellant:** James M. Gretter
Appellant's Role in Bankruptcy Court Case: Creditor
Attorney Name: James M. Gretter
Attorney Address: 1200 Main St., Ste. 2200, Kansas City, MO 64105
Telephone Number: (816) 472-7474

**Appellee:** Gretter Autoland, Inc.
Appellee's Role in Bankruptcy Court Case: Debtor
Attorney Name: Bradley R. Kruse
Attorney Address: 666 Grand Avenue, Ste. 2000, Des Moines, IA 50309-2510
Telephone Number: (515) 242-2460

**Additional Parties served with Notice of Appeal:** (Example: Name, Role Type (creditor, trustee, etc.), Address) See Attached.

**Name of Debtor:** Gretter Autoland, Inc.

**Court Reporter Name:** Electronic Court Reporting Operator
**Address:** 110 E. Court Avenue, Suite 300, Des Moines, IA 50309
**Telephone:** (515) 284-6230

**County of Debtor's Residence:** Washington

**Records transmitted by email:**
- [✓] Notice of Appeal and Statement of Election
- [ ] Motion for Leave to Appeal

By: /s/ Craig Ceynar
    Deputy Clerk
    Phone No. (515) 284-7390

cc: Debtor(s), Appellant's atty, Appellee's atty, trustee, US Trustee

\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*-\*

## TO BE COMPLETED BY DISTRICT COURT

**OFFICE CODE #:** _____

**DOCKET #:** _____

**ORIGIN CODE #:** _____

**DATE:** _____ **BY:** _____

Please return a copy of this form to bankruptcy court after a case number and judge has been assigned.

**Additional Parties served with Notice of Appeal**

**General Motors LLC**
Dallas J. Janssen Law Office
700 Second Avenue, Suite 103
Des Moines, Iowa  50309
Telephone: (515) 274-9161

**Edwards Auto Plaza, Inc.**
Tiernan T. Siems, Attorney
Tiernan T. Siems, Erickson & Sederstrom, PC
10330 Regency Parkway Drive, Suite 100
Omaha, NE  68114
Telephone:  (402) 397-2200

**Washington State Bank**
Ray Tepstra, Attorney
3600 First Avenue NE, Suite 101
Cedar Rapids, IA  52402
Telephone: (319) 364-2467

**Gretter Autoland, Inc.**
Bradley R. Kruse, Attorney
Brown, Winick, Graves, Gross, Baskerville, Schoenebaum, PLC
666 Grand Avenue
Suite 2000
Des Moines, IA  50309
Telephone: (515) 242-2460

**Ford Motor Company**
Julie Johnson McLean, Attorney
Davis, Brown, Koehn, Shors & Roberts, PC
215 10th Street, Suite 1300
Des Moines, IA  50309
Telephone: (515) 288-2500

Ally Financial, Inc.
Donald H. Cram, III, Attorney
Severson & Werson PC
One Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone:  (415) 677-5536


Official Committee of Unsecured Creditors'
Jeffrey D. Goetz, Attorney
801 Grand Avenue, Suite 3700
Des Moines, IA  50309
Telephone:  (515) 246-5817


Official Committee of Unsecured Creditors'
Donald F. Neiman, Attorney
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Telephone:  (515) 246-5877

United States Trustee
James L. Snyder, Assistant U.S. Trustee
793 Federal Building
210 Walnut Street
Des Moines, IA  50309
Telephone:  (515) 284-4985


Robert G. Schlegel
Chapter 7 Trustee
112 South Avenue B
PO Box 929
Washington, IA  52353-0929
Telephone:  (319) 653-2147