UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In re | Case No. 14-02831 |
|---|---|
| **GRETTER AUTOLAND, INC,** | Chapter 7 |
| Debtor | **CREDITOR JAMES GRETTER'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Creditor/Appellant James M. Gretter, *pro se*, states the following as his designation of the record on appeal and issues for review:

### RECORD ON APPEAL

| | Docket No. | Description |
|---|---|---|
| 1. | 19-1 | Washington State Bank's Proof of Claim |
| 2. | 20-1 | Creditor James Gretter's Proof of Claim |
| 3. | | All exhibits entered into evidence during the July 24, 2015 hearing on Debtor's Motion to Assume and Assign |
| 4. | | Transcript of the July 24, 2015 hearing on Debtor's Motion to Assume and Assign |
| 5. | | All exhibits entered into evidence during the October 9, 2015 hearing on multiple motions |
| 6. | | Transcript of the October 9, 2015 hearing on multiple motions |
| 7. | 47 | Declaration of Schedules, Schedule A, Schedule B, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H Filed by Debtor Gretter Autoland, Inc. |
| 8. | 54 | Minute Order Granting Motion For Joint Administration |

| 9.  | 84  | Motion to Sell Free & Clear Pursuant to Section 363(f) |
|-----|-----|---|
| 10. | 85  | Motion to Assume |
| 11. | 88  | Notice and Order regarding Hearing on Motion to Sell Free & Clear Pursuant to Section 363(f) |
| 12. | 89  | Notice and Order regarding Hearing on Motion to Assume |
| 13. | 98  | Response Filed by Creditor Washington State Bank (RE: related document(s) 84 Motion to Sell Free & Clear Pursuant to Section 363(f)) |
| 14. | 106 | Amended Motion (related document(s)84 Motion to Sell Free & Clear Pursuant to Section 363(f) filed by Gretter Autoland, Inc.) |
| 15. | 107 | Objection Filed by None General Motors, LLC. (RE: related document(s)84 Motion to Sell Free & Clear Pursuant to Section 363(f) filed by Debtor Gretter Autoland, Inc.) |
| 16. | 109 | Objection Filed by Interested Party Ford Motor Company (RE: related document(s)84 Motion to Sell Free & Clear Pursuant to Section 363(f) filed by Debtor Gretter Autoland, Inc.) |
| 17. | 117 | List of Exhibits Filed by Creditor Ally Financial, Inc. d/b/a GMAC; (RE: related document(s)78 Motion for Relief from Stay filed by Creditor Ally Financial, Inc. d/b/a GMAC;) |
| 18. | 118 | List of Exhibits Filed by Debtor Gretter Autoland, Inc. (RE: related document(s)84 Motion to Sell Free & Clear Pursuant to Section 363(f) filed by Debtor Gretter Autoland, Inc., 88 Hearing Cont/Resched, 106Amended Motion filed by Debtor Gretter Autoland, Inc.) |
| 19. | 134 | Minute Order and Notice of Auction |
| 20. | 136 | Minute Order Regarding Motion To Assume/Reject |
| 21. | 148 | Order Regarding Motion To Sell Free & Clear, Granting Amendment to Motion for Order Approving Sale |
| 22. | 160 | Motion Debtor's and Edwards' Joint Motion for Final Order Authorizing and Approving the Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens, Claims and Encumbrances, and for Other Related Relief |

| 23. | 161 | Ex Parte Application for Expedited Hearing (related document(s)160 Motion filed by Gretter Autoland, Inc.) |
|---|---|---|
| 24. | 162 | Notice and Order regarding Hearing Scheduled on Debtor's and Edwards' Joint Motion for Final Order Authorizing and Approving the Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens, Claims and Encumbrances, and for Other Related and Ex Parte Application for Expedited Hearing |
| 25. | 163 | Objection Filed by Interested Party General Motors, LLC. (RE: related document(s)160 Motion filed by Debtor Gretter Autoland, Inc., 161 Ex Parte Application for Expedited Hearing filed by Debtor Gretter Autoland, Inc.) |
| 26. | 164 | Response Filed by Interested Party Ford Motor Company (RE: related document(s)160 Motion filed by Debtor Gretter Autoland, Inc.) |
| 27. | 165 | Minute Order Denying Debtor's and Edwards' Joint Motion for Final Order Authorizing and Approving the Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens |
| 28. | 166 | Order Nunc Pro Tunc (related document(s)148 Order Regarding Motion To Sell Free & Clear, Granting Amendment to Motion for Order Approving Sale 165 Minute Order Denying Debtor's and Edwards' Joint Motion for Final Order Authorizing and Approving the Sale of Substantially All of the Debtor's Assets, Free and Clear of All Liens and Encumbrances, and for Other Related Relief) |
| 29. | 168 | Motion to Assume and Assign Executory Contract |
| 30. | 169 | Motion to Assume and Assign Executory Contract |
| 31. | 172 | Ex Parte Application to Shorten Bar Date Notice (related document(s)168 Motion to Assume, Reject or Assign filed by Gretter Autoland, Inc.) |

| 32. | 173 | Ex Parte Application to Shorten Bar Date Notice (related document(s)169 Motion to Assume, Reject or Assign filed by Gretter Autoland, Inc.) |
|---|---|---|
| 33. | 174 | Notice of Bar Date for Objections (RE: related document(s)168Motion to Assume and Assign Executory Contract filed by Debtor Gretter Autoland, Inc. |
| 34. | 175 | Notice of Bar Date for Objections (RE: related document(s)169 Motion to Assume and Assign Executory Contract filed by Debtor Gretter Autoland, Inc.) |
| 35. | 178 | Notice and Order regarding Hearing (RE: related document(s)168 Motion to Assume and Assign Executory Contract filed by Debtor Gretter Autoland, Inc., 169 Motion to Assume and Assign Executory Contract filed by Debtor Gretter Autoland, Inc.) |
| 36. | 184 | Motion to Continue Hearing(related document(s)168 Motion to Assume, Reject or Assign filed by Gretter Autoland, Inc., 169 Motion to Assume, Reject or Assign filed by Gretter Autoland, Inc.) |
| 37. | 186 | Motion for Relief from Order (related document(s)134 Hearing Cont/Resched, 148 Order on Motion To Sell Free & Clear, Order on Motion to Amend Motion). |
| 38. | 187 | Ex Parte Application to Shorten Bar Date Notice (related document(s)186 Motion for Relief from Order filed by Edwards Auto Plaza, Inc.). |
| 39. | 188 | Notice and Order regarding Hearing PRELIMINARY (RE: related document(s)186 Motion for Relief from Order |
| 40. | 190 | Objection Filed by Interested Party General Motors, LLC. (RE: related document(s)169 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.) |
| 41. | 191 | Objection Filed by Interested Party Ford Motor Company (RE: related document(s)168 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.) |

| 42. | 192 | Notice and Order regarding Hearing PRELIMINARY-CONFERENCE CALL IN (RE: related document(s)168 Motion to Assume and Assign Executory Contract filed by Debtor Gretter Autoland, Inc., 169 Motion to Assume and Assign Executory Contract filed by Debtor Gretter Autoland, Inc., 190 Objection filed by Interested Party General Motors, LLC., 191 Objection filed by Interested Party Ford Motor Company) |
|---|---|---|
| 43. | 194 | Objection Filed by Interested Party General Motors, LLC. (RE: related document(s)186 Motion for Relief from Order filed by Creditor Edwards Auto Plaza, Inc.) |
| 44. | 195 | List of Exhibits Filed by Debtor Gretter Autoland, Inc. |
| 45. | 196 | List of Exhibits Filed by Creditor Edwards Auto Plaza, Inc. |
| 46. | 197 | List of Exhibits Filed by Interested Party Ford Motor Company |
| 47. | 198 | Motion for Relief from Order (related document(s)134 Hearing Cont/Resched, 148 Order on Motion To Sell Free & Clear, Order on Motion to Amend Motion, 186 Motion for Relief from Order filed by Edwards Auto Plaza, Inc.). |
| 48. | 199 | Brief/Memorandum Filed by Creditor Edwards Auto Plaza, Inc. (RE: related document(s)186 Motion for Relief from Order filed by Creditor Edwards Auto Plaza, Inc., 198 Motion for Relief from Order filed by Creditor Edwards Auto Plaza, Inc.). |
| 49. | 201 | Response Filed by Interested Party General Motors, LLC. (RE: related document(s)198 Motion for Relief from Order filed by Creditor Edwards Auto Plaza, Inc.) |
| 50. | 205 | Minute Order Regarding Motion For Relief From Order |
| 51. | 206 | Minute Order Regarding Motion To Assume and Assign Executory Contract |
| 52. | 207 | Minute Order Regarding Motion To Assume and Assign Executory Contract |
| 53. | 208 | Amended Order Nunc Pro Tunc |
| 54. | 210 | Motion for Order Setting Hearing |

| 55. | 212 | Notice and Order regarding Hearing |
|---|---|---|
| 56. | 228 | List of Exhibits Filed by Debtor Gretter Autoland, Inc. |
| 57. | 229 | Support Document Filed by Interested Party General Motors, LLC. (RE: related document(s)169 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.). |
| 58. | 230 | List of Exhibits/Witnesses Filed by Interested Party General Motors, LLC. |
| 59. | 231 | List of Exhibits Filed by Creditor Edwards Auto Plaza, Inc. |
| 60. | 232 | Notice and Order regarding Hearing |
| 61. | 234 | Brief/Memorandum Filed by Creditor Edwards Auto Plaza, Inc. (RE: related document(s)168 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc., 169 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.) |
| 62. | 238 | Minute Order Regarding Motion To Assume and Assign Executory Contract |
| 63. | 239 | Minute Order Regarding Motion To Assume and Assign Executory Contract |
| 64. | 240 | Minute Order Granting Motion for Relief to File and Supplemental Pleading Regarding Debtor's Motion for Entry of an Order Authorizing the Debtor to Assume and Assign Executory Contract with General Motors LLC Pursuant to 11 U.S.C. § 365 |
| 65. | 241 | Brief/Memorandum Filed by Creditor Committee Official Committee of Unsecured Creditors (RE: related document(s)168 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc., 169 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.) |
| 66. | 242 | Brief/Memorandum Filed by Debtor Gretter Autoland, Inc. (RE: related document(s)168 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc., 169 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.) |

| 67. | 243 | Brief/Memorandum Filed by Interested Party Ford Motor Company (RE: related document(s)191 Objection filed by Interested Party Ford Motor Company) |
|---|---|---|
| 68. | 244 | Brief/Memorandum Filed by Interested Party General Motors, LLC. (RE: related document(s)168 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc., 169 Motion to Assume, Reject or Assign filed by Debtor Gretter Autoland, Inc.) |
| 69. | 245 | Motion to Submit Supplemental Evidence Filed by Dallas J Janssen on behalf of General Motors, LLC. |
| 70. | 246 | Objection Filed by Debtor Gretter Autoland, Inc. (RE: related document(s)244 Brief/Memorandum filed by Interested Party General Motors, LLC., 245 Motion filed by Interested Party General Motors, LLC.) |
| 71. | 247 | Motion to Submit Supplemental Evidence Filed by Bradley R Kruse on behalf of Gretter Autoland, Inc. |
| 72. | 248 | Notice and Order regarding Hearing (RE: related document(s)245 Motion to Submit Supplemental Evidence filed by Interested Party General Motors, LLC., 246 Objection filed by Debtor Gretter Autoland, Inc., 247 Motion to Submit Supplemental Evidence filed by Debtor Gretter Autoland, Inc.) |
| 73. | 251 | Objection Filed by General Motors, LLC. (RE: related documents(s)247 Motion filed by Debtor Gretter Autoland, Inc.) |
| 74. | 252 | Notice and Order regarding Hearing (RE: related document(s)250 Motion to Give Immediate Effect to Order Granting Relief from the Automatic Stay filed by Creditor Ally Financial, Inc. f/k/a GMAC, Inc.) |
| 75. | 253 | Order Granting Motion to Submit Supplemental Evidence (Related Doc # 245). (RE: related document(s)246 Objection filed by Debtor Gretter Autoland, Inc.) |
| 76. | 254 | Order Granting Motion to Submit Supplemental Evidence (Related Doc # 247). (RE: related document(s)251 Objection filed by Interested Party General Motors, LLC.) |
| 77. | 256 | Memorandum of Decision |

| 78. | 259 | Support Document Filed by Interested Party General Motors, LLC. (RE: related document(s)245 Motion filed by Interested Party General Motors, LLC.) |
|---|---|---|
| 79. | 270 | Notice of Appearance and Request for Notice Filed by James M Gretter |
| 80. | 272 | Motion for Reconsideration of Order on Claims(related document(s)255 Memorandum of Decision) |
| 81. | 275 | Notice and Order regarding Hearing (RE: related document(s)258 Motion to Convert Case to Chapter 7 Receipt Number# Exempt, Fee Amount $15 filed by U.S. Trustee United States Trustee, 272 Motion for Reconsideration of Order on Claims(related document(s)255 Memorandum of Decision). filed by Creditor James Michael Gretter, 274 Objection filed by Creditor James Michael Gretter) |
| 82. | 281 | Joinder Filed by Debtor Gretter Autoland, Inc. (RE: related document(s)272 Motion for Reconsideration of Order on Claims filed by Creditor James Michael Gretter) |
| 83. | 283 | Objection Filed by U.S. Trustee United States Trustee (RE: related document(s)272 Motion for Reconsideration of Order on Claims filed by Creditor James Michael Gretter) |
| 84. | 291 | Amended Objection Filed by U.S. Trustee United States Trustee (RE: related document(s)272 Motion for Reconsideration of Order on Claims filed by Creditor James Michael Gretter) |
| 85. | 298 | Response Filed by Creditor James Michael Gretter |
| 86. | 302 | Motion to Strike the U.S. Trustee's Supplement to Objection to Creditor's Motion to Reconsider Filed by James M Gretter |
| 87. | 293 | Support Document Filed by U.S. Trustee United States Trustee (RE: related document(s)291 Amended Objection filed by U.S. Trustee United States Trustee) |
| 88. | 303 | Motion to Strike the U.S. Trustee's Support Document to his Objection to Creditor's Motion to Reconsider Filed by James M Gretter |

8

| 89. | 299 | Objection Filed by Interested Party Ford Motor Company (RE: related document(s)272 Motion for Reconsideration of Order on Claims filed by Creditor James Michael Gretter) |
|---|---|---|
| 90. | 304 | Objection Filed by Creditor Edwards Auto Plaza, Inc. (RE: related document(s)272 Motion for Reconsideration of Order on Claims filed by Creditor James Michael Gretter, 281 Joinder filed by Debtor Gretter Autoland, Inc.) |
| 91. | 305 | Objection Filed by Interested Party General Motors, LLC. (RE: related document(s)272 Motion for Reconsideration of Order on Claims filed by Creditor James Michael Gretter) |
| 92. | 313 | List of Exhibits/Witnesses Filed by Interested Party General Motors, LLC. |
| 93. | 314 | List of Exhibits/Witnesses Filed by Creditor James Michael Gretter |
| 94. | 315 | List of Exhibits/Witnesses Filed by U.S. Trustee United States Trustee |
| 95. | 317 | Response Filed by Creditor James Michael Gretter (RE: related document(s)305 Objection filed by Interested Party General Motors, LLC.) |
| 96. | 319 | Minute Order Denying Motion to Strike the U.S. Trustee's Supplement to Objection to Creditor's Motion to Reconsider |
| 97. | 320 | Minute Order Denying Motion to Strike the U.S. Trustee's Support Document to his Objection to Creditor's Motion to Reconsider |
| 98. | 322 | Minute Order Denying Motion for Reconsideration of Order on Claims |
| 99. | 329 | Notice of Appeal and Statement of Election to District Court. |
| 100. | 330 | Application for Approval of Employment of Professional on Behalf of the Estate |

**STATEMENT OF ISSUES FOR REVIEW**

Appellant states the following as the issues presented on appeal:

1. Whether the Bankruptcy Court committed clear error in finding Debtor was in Default of its 2010 Dealer Sales and Service Agreement ("Dealer Agreement") with General Motors, LLC ("GM"), which Debtor sought to assume and assign, when GM had the burden of proving the existence of a default and neither GM nor any other party offered competent evidence of the particular provisions of the 2010 GM Dealer Agreement that allegedly caused Debtor's default.

2. Whether the Bankruptcy Court erred in finding Debtor could not assume and assign its 2010 GM Dealer Agreement without also assuming and assigning three other agreements it entered into with GM because all four agreements were "executed at the same time by the same parties" and, therefore, "are to be construed as one instrument" even though the 2010 GM Dealer Agreement that Debtor sought to assume and assign is dated November 1, 2010 and the three other agreements between Debtor and GM that Debtor did not seek to assume and assign are dated January 28, 2008.

3. Whether the Bankruptcy Court erred in disregarding Debtor's property interest in its GM and Ford Franchise Agreements, as created by the laws of the State of Iowa, by determining that provisions in the GM and Ford Dealer Agreements prohibiting dual dealerships (*i.e.*, dealerships that carry makes from competing manufacturers in a single facility) could create a default under 11 U.S.C. § 365, therefore barring Debtor's assumption and assignment of its Dealer Agreements, when those provisions were expressly rendered void by Iowa law and were unenforceable outside of a bankruptcy proceeding.

4.      Whether the Bankruptcy Court erred in finding Debtor was in default of its GM and Ford Dealer Agreements and that the party who sought assignment of Debtor's GM and Ford Dealer Agreements did not provide adequate assurance of future performance under the GM and Ford Dealer Agreements.

5.      Whether the Bankruptcy Court erred in determining Appellant did not have standing in the contested proceeding concerning Debtor's sale of substantially all of its assets and its motion to assume and assign its GM and Ford Dealer Agreements.

6.      Whether the Bankruptcy Court erred in refusing to consider Appellant's post-judgment motion, styled as a motion pursuant Rule 9024 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 60 of the Federal Rules of Civil Procedure), as a motion seeking relief under Rule 9023 of the Federal Rules of Bankruptcy (incorporating Rule 59 of the Federal Rules of Civil Procedure) when Appellant filed his post-judgment motion within 14 days of entry of judgment and provided notice to the parties two weeks before the scheduled hearing of his intention to seek relief under Rule 9023.

*/s/ James M. Gretter*
JAMES M. GRETTER ID No. IS9997631
1200 Main St., Ste. 2200
Kansas City, Missouri 64105
Telephone:  (816) 472-7474
Facsimile:  (816) 472-6262
Email:  jgretter@fwpclaw.com
***PRO SE* CREDITOR**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury, that a copy of his document was served electronically on all parties who receive electronic notice through CM/ECF on this 6th day of November, 2015.

                                             */s/ James M. Gretter*