
RECEIVED
NOV 13 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re<br><br>**GRETTER AUTOLAND, INC,**<br><br>Debtor | **Case No. 3:15-CV-117-SMR-HCA**<br><br>**Chapter 7**<br><br>**APPELLANT JAMES GRETTER'S MOTION REQUESTING AN ORDER REGARDING DEADLINES FOR BRIEFS** |

COMES NOW, Appellant/Creditor James M. Gretter, *pro se*, and for his Motion Requesting an Order Regarding Deadlines for Briefs, states as follows:

1. This appeal arises from a contested matter in a bankruptcy case currently pending in the United States District Court for the Sothern District of Iowa, styled In *In re Gretter Autoland, Inc.*, case no. 14-bk-02831.

2. Appellant appealed from the bankruptcy court's denial of Gretter Autoland, Inc.'s ("Debtor") motion to assume its GM and Ford franchise agreements and assign them to Edwards Auto Group, whose bid selected by the bankruptcy court as the highest and best bid at an auction on April 1, 2015, conducted under the direction of the bankruptcy court, for substantially all of Debtor's assets. Edwards Group's bid was in the amount of $1,560,000 (4/2/15 Bkr. Order (Doc. 148).)

3. GM and Ford objected to Debtor's Motion to Assume and Assign, arguing that Debtor was in default of its franchise agreements, and thus the franchise agreements were not assignable under 11 U.S.C. § 365.

4. On August 17, 2015, the bankruptcy court entered an order sustaining GM and Ford's objections to denying Debtor's Motion to Assume and Assign. (8/14/15 Bkr. Order (Doc. 256).)

5. Within 14 days of the bankruptcy court entering its Order, Appellant filed a post-hearing motion requesting the bankruptcy court reconsider its Order. The bankruptcy court entered an order denying Appellant's motion on October 9, 2015 (10/9/15 Bkr. Order (Doc. 322)), and within 14 days thereafter, Appellant filed his Notice of Appeal. (10/23/15 App.'s Notice of Appeal (Doc. 329.)

6. When Appellant's Notice of Appeal was docketed by this Court's Clerk of Court, the Clerk entered the following notation in the docket: "Appellant Brief due by 11/17/2015" (10/27/15 Doc. 1.) There has not been an order entered in this matter setting November 17, 2015 as the deadline for Appellant to file a brief. Appellant contacted the office of the Clerk of Court to inquire about the aforementioned entry in the docket, and Appellant was informed that that the deadline was the product of the CM/ECF action associated with appeals from the bankruptcy court not being updated to conform with the current version of the Federal Rule of Bankruptcy Procedure concerning briefing deadlines on appeal.

7. Rule 8018 of the Federal Rules of Bankruptcy Procedure provides the following with respect to briefing deadlines:

(a) Time to serve and file a brief

The following rules apply unless the district court or BAP by order in a particular case excuses the filing of briefs or specifies different time limits:

> (1) The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.

(2) The appellee must serve and file a brief within 30 days after service of the appellant's brief.

(3) The appellant may serve and file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument unless the district court or BAP, for good cause, allows a later filing.

Fed. R. Bankr. P. 8018(a)

8. Appellant requests an order from this Court clarifying that Rule 8018 of the Federal Rules of Bankruptcy Procedure establishes the briefing schedule in this matter and that Appellant's opening brief is not due until 30 days after the record on appeal is complete.

9. Appellant believes the record on appeal will be complete once the transcripts of two hearings conducted before the bankruptcy court are finished. The transcription service has represented that the transcripts should be completed on or near November 14, 2015.

**WHEREFORE**, Appellant James Gretter respectfully requests that this Court enter an order setting the deadlines for briefing in this matter in accordance with Rule 8018 of the Federal Rules of Bankruptcy Procedure and provide such additional relief the Court deems just and proper.

/s/ James M. Gretter
JAMES M. GRETTER
1200 Main St., Ste. 2200
Kansas City, Missouri 64105
Telephone: (816) 472-7474
Facsimile: (816) 472-6262
Email: jgretter@fwpclaw.com
***PRO SE* APPELLANT/CREDITOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy and Word file of this document were served on the 13th day of November, 2015, by email on the following parties who have entered their appearance in this matter:

| | | |
|---|---|---|
| Tiernan T. Siems<br>Erickson & Sederstrom, PC<br>10330 Regency Parkway Drive, Suite 100<br>Omaha, NE 68114<br>Telephone: (402) 397-2200<br>tsiem@eslaw.com<br>Edwards Auto Plaza, Inc. | Dallas J Janssen<br>700 Second Ave<br>Ste 103<br>Des Moines, IA 50309<br>(515) 274-9161<br>(515) 274-1364 (fax)<br>djanssen@dwx.com<br>General Motors, LLC. | Donald H Cram, III<br>One Embarcadero Center<br>Ste 2600<br>San Francisco, CA 94111<br>(415) 398-3344<br>(415) 956-0439 (fax)<br>dhc@severson.com<br>Ally Financial, Inc. d/b/a GMAC; |
| Jeffrey D Goetz<br>801 Grand Ave, Ste 3700<br>Des Moines, IA 50309-8004<br>(515) 246-5817<br>(515) 246-5808 (fax)<br>bankruptcyefile@bradshawlaw.com<br>Official Committee of Unsecured Creditors | H Raymond Terpstra, II<br>3600 First Ave NE<br>Ste 101<br>Cedar Rapids, IA 52402<br>(319) 364-2467<br>(319) 364-0923 (fax)<br>rterpstra@tewlaw.net<br>Washington State Bank | Robert G. Schlegel<br>112 South Avenue B<br>PO Box 929<br>Washington, IA 52353-0929<br>Telephone: (319) 653-2147<br>robert@washialaw.com<br>Chapter 7 Trustee |
| Bradley R Kruse<br>666 Grand Ave<br>Ste 2000<br>Des Moines, IA 50309-2510<br>(515) 242-2460<br>(515) 323-8560 (fax)<br>brk@brownwinick.com<br>Gretter Autoland, Inc. | Julie Johnson McLean<br>215 10th Street<br>Ste 1300<br>Des Moines, IA 50309<br>(515) 288-2500<br>(515) 243-0654 (fax)<br>juliemclean@davisbrownlaw.com<br>Ford Motor Company | James L Snyder<br>Federal Bldg Room 793<br>210 Walnut St<br>Des Moines, IA 50309<br>(515) 284-4985<br>USTPRegion12.DM.ECF@usdoj.gov<br>United States Trustee |

*[signature]*

