## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re ) | CASE NO. 3-15-CV-117-SMR-HCA |
| ) | |
| GRETTER AUTOLAND, INC. ) | |
| ) | |
| Debtor. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

The undersigned hereby enters appearance as counsel for General Motors, Interested Party, and pursuant to Rule 2002, requests that copies of all papers filed or served in this case be sent to:

Mr. Dallas J. Janssen
Janssen Law Office
700 Second Avenue, Suite 103
Des Moines, IA 50309-1712

Please take further notice that this request includes all notices and papers including, without limitation, reports, 2004 examinations, discovery, schedules, affidavits, orders, applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, and all notices thereof.

This Notice and Appearance and Request for Service of Papers does not constitute a consent to any violation of Bankruptcy 9003. This Notice of Appearance and Request for Service of Papers does not constitute a consent to jurisdiction of the court non-core proceeding under 28 U.S.C. §157.

Dated:  December 7, 2015

Respectfully submitted.

/s/ Dallas J. Janssen
Dallas J. Janssen
JANSSEN LAW OFFICE
700 Second Avenue, Suite 103
Des Moines, Iowa 50309-1712
Telephone: (515) 274-9161
Facsimile: (515) 274-1364
DJanssen@dwx.com

ATTORNEY FOR GENERAL MOTORS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, the foregoing instrument was filed electronically with the Clerk of Court using the Court's CM/ECF system which sent notification of such filing to all registered users party to this proceeding.

/s/ Tammie L. Hoffman