IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 3-15-CV-117-SMR-HCA |
| | ) | |
| GRETTER AUTOLAND, INC., | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| Debtor. | ) | **REQUEST FOR SERVICE OF PAPERS** |
| | ) | |

The undersigned hereby enter their appearance as attorneys on behalf of Ford Motor Company, an interested party in this proceeding, and request that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given and served upon the undersigned attorneys at their office addresses set forth below and further request their names and addresses be entered upon the mailing matrix in this proceeding.

Dated: December 18, 2015.

Respectfully submitted,

/s/ Julie Johnson McLean
Julie Johnson McLean (AT#005185)
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
juliemclean@davisbrownlaw.com

/s/ Thomas M. Byrne
Thomas M. Byrne (ID No. IS9997665)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8026
Facsimile: (404) 853-8806
tom.byrne@sutherland.com
ATTORNEYS FOR FORD MOTOR COMPANY

#2673031

Electronically filed.

<div style="border:1px solid black; padding:8px;">

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served electronically upon all attorneys of record herein based upon the Notice of Electronic Filing received from CM_ECF@iasd.uscourts.gov on December 18, 2015.

Signature: _____/s/ Julie Johnson McLean_____

Julie Johnson McLean

</div>