## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA

In re:  GRETTER AUTOLAND, INC.,               CASE NO. 3:15-CV-117-SMR-HCA

Debtor.                                        Chapter 7

### MOTION TO DISMISS APPEAL

COMES NOW Edwards Auto Plaza, Inc. ("Edwards"), an interested party, pursuant to F.R.B.P. 8011, through its counsel of the law firm of Erickson & Sederstrom, P.C. LLO, and respectfully moves that this Court dismiss James M. Gretter's appeal from the United States Bankruptcy Court for the Southern District of Iowa's October 9, 2015 order denying Mr. Gretter's Motion to Reconsider that court's August 17, 2015 Memorandum of Decision denying Debtor's Motions to Assume and Assign.

The appeal is moot and should be dismissed on that basis.  Edwards respectfully submits a Brief in Support of the Motion to Dismiss, which will be filed contemporaneously with this Motion.

WHEREFORE, Edwards moves that the Court dismiss this appeal.

Respectfully submitted: January 19, 2016.

By:   */s/ Matthew V. Rusch*
       Tiernan T. Siems, #IS9997650
       Matthew V. Rusch, #IS9997652
       ERICKSON & SEDERSTROM, P.C.
       10330 Regency Parkway Drive
       Omaha, NE 68114
       (402) 397-2200
       (402) 390-7137 Fax
       mrusc@eslaw.com
       Attorneys for Edwards Auto Plaza, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system, which sent notification to all individuals who requested such notice through the CM/ECF system.

/s/ *Matthew V. Rusch*