IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

In re:  GRETTER AUTOLAND, INC.,             CASE NO. 3:15-CV-117-SMR-HCA

Debtor.                                                                     Chapter 7

**MOTION TO EXTEND BRIEFING DEADLINES**

COMES NOW the undersigned counsel for Edwards Auto Plaza, Inc. ("Edwards"), and moves that the Court extend further briefing deadlines related to the underlying bankruptcy appeal until 14 days after the Motion to Dismiss filed by Edwards is resolved.  In support of this motion, counsel states that the Motion to Dismiss filed by Edwards is currently pending.  Counsel for Edwards believes it is logical and in the interests of judicial economy that further briefing deadlines regarding the merits of the appeal should be extended until the Motion to Dismiss is resolved so all participating parties may avoid additional time and attorney fees regarding drafting of briefs.  Edwards respectfully requests that the Briefing deadlines for all parties filing briefs as to the appeal itself be extended until 14 days after an Order is entered resolving the Motion to Dismiss.

Edwards contacted counsel by e-mail for other parties who have entered appearances in this appeal to request input as to whether they support or oppose this Motion to Extend Briefing Deadlines.  Counsel for Ford states that Ford supports this motion.  James Gretter states that he opposes.  The United States Trustee's Office advised that it will not be participating in the appeal but has no objection to the extension.  At the time of filing of this Motion, Edwards has not received responses from counsel for General Motors or counsel for the Chapter 7 Trustee.

WHEREFORE, Edwards respectfully prays that the Court extend further briefing deadlines regarding the appeal as requested above.

740638

Dated this 22nd day of January, 2016.

By: /s/ *Matthew V. Rusch*
Tiernan T. Siems, #IS9997650
Matthew V. Rusch, #IS9997652
ERICKSON & SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
(402) 390-7137 Fax
mrusc@eslaw.com
Attorneys for Edwards Auto Plaza, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system, which sent notification to all individuals who requested such notice through the CM/ECF system.

/s/ *Matthew V. Rusch*

740638