**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | |
|---|---|
| **James M. Gretter,** | |
| **Appellant,** | **No.  3:15-cv-00117-SRM-HCA** |
| **vs.** | **Judge Stephanie M. Rose** |
| | **Magistrate Judge Helen C. Adams** |
| **Gretter Autoland, Inc.,** | |
| **Appellee.** | |

**APPELLEE GENERAL MOTORS LLC'S JOINDER IN
EDWARDS AUTO PLAZA, INC.'S MOTION TO DISMISS APPEAL
AND MOTION TO EXTEND BRIEFING DEADLINES**

Appellee and interested party General Motors LLC ("GM") hereby joins in Edwards Auto Plaza, Inc.'s ("Edwards") Motion to Dismiss Appeal (Doc. Nos. 22-23) and Motion to Extend Briefing Deadlines (Doc. No. 25).

*First*, for the reasons stated in Edwards' Motion to Dismiss Appeal, this appeal is moot. Mr. Gretter seeks to have this Court reverse the Bankruptcy Court's decision denying his Motion for Reconsideration (Doc. No. 7-17 at 1-54) and thereby reverse the Court's decision denying Debtor's Motions to Assume and Assign its Ford and GM dealership agreements (Doc. No. 7-12 at 124-170; Doc. No. 7-13 at 1-21).  In other words, Mr. Gretter seeks an order allowing Debtor to assume and assign its GM dealership to Edwards.  For the reasons stated in Edwards' Motion to Dismiss, it is not possible for this Court or the Bankruptcy Court to order the relief that Mr. Gretter seeks.  There is no longer a willing purchaser for the dealership and, in fact, there is no longer an Asset Purchase Agreement at all.  Indeed, the Asset Purchase Agreement between Debtor and Edwards <u>terminated according to its terms as of August 27, 2015 and neither party to the Asset Purchase Agreement disputes that fact</u>.  (*See* Edwards' Objection to Mot. to

Reconsider, Doc. No. 7-17 at 107 ("Edwards . . . terminated the Asset Purchase Agreement in accordance with its terms."); GM's Objection to Mot. to Reconsider, Doc. No. 7-18 at 2 (referencing Exs. A and B to Sept. 24, 2015 Decl. of J. Jones (Dist. Ct. Doc. No. 296-1)). Moreover, the proceedings have already been converted from a Chapter 11 proceeding to a Chapter 7 proceeding, the assets that were the subject of the original Asset Purchase Agreement have already been dispersed, disposed of, or otherwise adjudicated as part of the Chapter 7 proceedings, and Edwards no longer wishes to purchase what remains. Edwards has reiterated to this Court its unwillingness to proceed with the purchase and its desire for these proceedings to be over. Thus, the relief sought in the original Motion to Assume and Assign and Motion for Reconsideration—transfer of the GM dealership to Edwards—is no longer available. For this and the other reasons stated in Edwards' Motion to Dismiss, GM respectfully asserts that this appeal should be dismissed as moot.

*Second*, this Court should grant Edwards' Motion to Extend Briefing Deadlines and allow Appellees to file their merits briefs fourteen days following the Court's decision on the Motion to Dismiss. Mr. Gretter has already caused the parties to incur significant additional expenses to defend his Motion to Reconsider despite the fact that Mr. Gretter failed to even appear or participate in the evidentiary hearing that was held in this matter, failed to file any objections in advance of the hearing or during the hearing, and failed to participate in any of the briefing that took place prior to the Court's decision on the merits of the Motion to Assume and Assign. In fact, Mr. Gretter lacks standing to even pursue an appeal and the appeal is also groundless on the merits as well, but those matters need not be the subject of further briefing because this appeal is moot. The parties should be spared from incurring further expense to file merits briefs in this appeal if the Court determines that this appeal is moot.

Dated: January 28, 2016                          Respectfully submitted,


                                                 /s/ Dallas J. Janssen
                                                 Dallas J. Janssen
                                                 JANSSEN LAW OFFICE
                                                 700 Second Avenue, Suite 103
                                                 Des Moines, Iowa 50309-1712
                                                 Telephone: (515) 274-9161
                                                 Facsimile: (515) 274-1364
                                                 DJanssen@dwx.com

                                                 ATTORNEY FOR GENERAL MOTORS LLC


                                                 OF COUNSEL:

                                                 Jeffrey J. Jones
                                                 Brandy H. Ranjan
                                                 JONES DAY
                                                 325 John H. McConnell Blvd., Suite 600
                                                 Columbus, OH 43215
                                                 Telephone: (614) 469-3939
                                                 Facsimile: (614) 461-4198
                                                 jjjones@jonesday.com
                                                 cmhealey@jonesday.com


## CERTIFICATE OF SERVICE

This document was served electronically on all parties who receive electronic notice through CM/ECF as listed on the CM/ECF notice of electronic filing.

/s/   Dallas J. Janssen