IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re:  GRETTER AUTOLAND, INC., | CASE NO. 3:15-CV-117-SMR-HCA |
| Debtor. | Chapter 7 |

RESPONSE TO OBJECTION TO MOTION
TO EXTEND BRIEFING DEADLINES

COMES NOW Interested Party Edwards Auto Plaza, Inc. ("Edwards") and hereby responds to the objection filed by James Gretter to the Motion to Extend Briefing Deadlines.

1. Mr. Gretter's appeal is moot and all parties should be allowed to avoid further attorney fees related to briefing on the underlying appeal matter while the Motion to Dismiss is pending.  Mootness is a jurisdictional issue.

2. Mr. Gretter should not be heard to complain about when the Motion to Dismiss was filed, in view of his late involvement in the underlying bankruptcy case and failure to request a stay from the bankruptcy court or this Court, or obtain a bond.  There is no requirement in the Federal Rules of Bankruptcy Procedure limiting when motions may be filed in a bankruptcy appeal.

3. Mr. Gretter is not a party to the bankruptcy court adversary proceeding that he references in his most recent filing.  Given that this appeal is moot, it has no correlation to the adversary proceeding, and neither this appeal nor the adversary proceeding should govern the timing of the other respective case.  Mr. Gretter's objection appears more concerned with timing of trial in the adversary proceeding, an action in which he is not a party.

WHEREFORE, Edwards respectfully requests that the Court overrule the objection to the Motion to Extend Briefing Deadlines and grant Edwards' motion.

742478

Dated this 29th day of January, 2016.

By: /s/ *Matthew V. Rusch*
Tiernan T. Siems, #IS9997650
Matthew V. Rusch, #IS9997652
ERICKSON & SEDERSTROM, P.C.
10330 Regency Parkway Drive
Omaha, NE 68114
(402) 397-2200
(402) 390-7137 Fax
mrusc@eslaw.com
Attorneys for Edwards Auto Plaza, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2016, the foregoing document was filed electronically with the Clerk of Court using the Court's CM/ECF system, which sent notification to all individuals who requested such notice through the CM/ECF system.


/s/ *Matthew V. Rusch*

742478

2