14-02831-als7 Order on Motion For Relief From Stay
CM_ECF
to:
CM_ECF
03/15/2016 12:14 PM
Hide Details
From: CM_ECF@iasb.uscourts.gov

To: CM_ECF@iasb.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Southern District of Iowa

Notice of Electronic Filing

The following transaction was received from jmk entered on 3/15/2016 at 12:12 PM CDT and filed on 3/15/2016
**Case Name:**      Gretter Autoland, Inc.
**Case Number:**    14-02831-als7
**Document Number:** 394

**Docket Text:**
Docket Text Order Regarding Motion for Relief from Stay. There being no timely objection to the motion, it is hereby Ordered that: The creditor, Edwards Auto Plaza, Inc., is granted relief from the automatic stay to the extent requested in the motion. Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply. As required by any applicable federal rule or statute, the filer shall serve this order on all appropriate parties (except those parties who will receive notice of electronic filing). This order has been entered on the docket as directed by the Judge assigned to the case. (Related Doc # [387]). (jmk)

The following document(s) are associated with this transaction:

**14-02831-als7 Notice will be electronically mailed to:**

James H Arenson on behalf of Creditor Edwards Auto Plaza, Inc.
jarenson@arensonlaw.com

Eric Benne on behalf of Creditor Two Rivers Bank & Trust
ebenne@lawyersburl.com,
ldavis@lawyersburl.com,rbrockett@lawyersburl.com,ctarasewicz@lawyersburl.com

Richard G Book on behalf of Creditor Ally Financial, Inc. f/k/a GMAC, Inc.
rbook@desmoineslaw.com

Thomas M Byrne on behalf of Interested Party Ford Motor Company
tom.byrne@sutherland.com, maryanne.lamb@sutherland.com

Donald H Cram, III on behalf of Creditor Ally Financial, Inc. d/b/a GMAC;
dhc@severson.com

Donald H Cram, III on behalf of Creditor Ally Financial, Inc. f/k/a GMAC, Inc.
dhc@severson.com

C Anthony Crnic on behalf of Creditor BMO Harris N.A.
crnic@klatt-law.com, bsayer@klatt-law.com;bankruptcy@klatt-law.com

Seth A Drucker on behalf of Creditor CDK Global, LLC
sdrucker@fosterswift.com

Thomas L Flynn on behalf of Creditor Ally Financial, Inc. d/b/a GMAC;
tom.flynn@brickgentrylaw.com, alnemechek@gmail.com;lacey.vongxay@brickgentrylaw.com

Robert C Gainer on behalf of Interested Party Michael Helmstetter
rgainer@cutlerfirm.com, cbauman@cutlerfirm.com

Duane M Geck on behalf of Creditor Ally Financial, Inc. d/b/a GMAC;
dmg@severson.com

Jeffrey D Goetz on behalf of Creditor Committee Official Committee of Unsecured Creditors
bankruptcyefile@bradshawlaw.com,
goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com

Jeffrey D Goetz on behalf of Joinder Robert G Schlegel
bankruptcyefile@bradshawlaw.com,
goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com

Jeffrey D Goetz on behalf of Plaintiff Robert G Schlegel
bankruptcyefile@bradshawlaw.com,
goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com

Jeffrey D Goetz on behalf of Trustee Robert G Schlegel
bankruptcyefile@bradshawlaw.com,

goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com

James M Gretter on behalf of Creditor James Michael Gretter
jgretter@fwpclaw.com

Wesley B. Huisinga on behalf of Creditor Hills Bank and Trust Company
wbh@shuttleworthlaw.com

Wesley B. Huisinga on behalf of Interested Party Lambkin-Bell Properties/Iowa Automotive Holdings
wbh@shuttleworthlaw.com

Dallas J Janssen on behalf of Interested Party General Motors, LLC.
djanssen@dwx.com, legast@dwx.com

Bradley R Kruse on behalf of Interested Party Gretter Chevrolet Company
bradkruselaw@gmail.com

Bradley R Kruse on behalf of Interested Party Gretter Ford Mercury, Inc.
brk@brownwinick.com

Bradley R Kruse on behalf of Plaintiff Brown, Winick, Graves, Gross, Baskerville & Schoenebaum, PLC
bradkruselaw@gmail.com

Julie Johnson McLean on behalf of Creditor Ford Motor Company
juliemclean@davisbrownlaw.com

Julie Johnson McLean on behalf of Interested Party Ford Motor Company
juliemclean@davisbrownlaw.com

Sean P. Moore on behalf of Debtor Gretter Autoland, Inc.
moore@brownwinick.com, maier@brownwinick.com

Sean P. Moore on behalf of Debtor Gretter Chevrolet Company
moore@brownwinick.com, maier@brownwinick.com

Sean P. Moore on behalf of Debtor Gretter Ford Mercury, Inc.
moore@brownwinick.com, maier@brownwinick.com

Sean P. Moore on behalf of Defendant Brown, Winick Graves, Gross, Baskerville & Schoenbaum, PLC
moore@brownwinick.com, maier@brownwinick.com

Donald F. Neiman on behalf of Creditor Committee Official Committee of Unsecured Creditors
neiman.donald@bradshawlaw.com, carpe.pamela@bradshawlaw.com

Gary A Norton on behalf of Creditor CDK Global, LLC
norton@whitfieldlaw.com, stephens@whitfieldlaw.com

Eleanor M Roman on behalf of Creditor Ally Financial, Inc. d/b/a GMAC;
emr@severson.com

Matthew V Rusch on behalf of Creditor Edwards Auto Plaza, Inc.
mrusc@eslaw.com

Matthew V Rusch on behalf of Defendant Edwards Auto Plaza, Inc.
mrusc@eslaw.com

Robert G Schlegel
robert@washialaw.com, IA25@ecfcbis.com

Tiernan T Siems on behalf of Creditor Edwards Auto Plaza, Inc.
tsiem@eslaw.com

Tiernan T Siems on behalf of Defendant Edwards Auto Plaza, Inc.
tsiem@eslaw.com

James L Snyder on behalf of U.S. Trustee United States Trustee
USTPRegion12.DM.ECF@usdoj.gov, james.l.snyder@usdoj.gov

H Raymond Terpstra, II on behalf of Creditor Washington State Bank
rterpstra@tewlaw.net, sbriley@tewlaw.net

United States Trustee
USTPRegion12.DM.ECF@usdoj.gov

L Ashley Zubal on behalf of U.S. Trustee United States Trustee
USTPRegion12.DM.ECF@usdoj.gov, ashley.zubal@usdoj.gov

**14-02831-als7 Notice will not be electronically mailed to:**

Bradshaw, Fowler, Proctor & Fairgrave PC
801 Grand Avenue, Ste. 3700
Des Moines, IA 50309-8004

Jeffrey J Jones on behalf of Interested Party General Motors, LLC.
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215