IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| In re: GRETTER AUTOLAND, INC., ) | |
| ) | JUDGMENT IN A CIVIL CASE |
| Debtor. ) | |
| ) | Case No. 3:15-cv-00117 |

○ JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

● DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That the Motion to Dismiss Appeal filed by Edwards Auto Plaza, Inc., [ECF No. 22], is GRANTED. The appeal filed by James M. Gretter, [ECF No. 1], is DISMISSED as equitably moot.

Date:   July 20, 2016                                      CLERK, U.S. DISTRICT COURT

                                                            /s/ Brian Phillips
                                                           By: Deputy Clerk