UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **In re**<br><br>**GRETTER AUTOLAND, INC,**<br><br>Debtor | **Case No. 3:15-CV-117-SMR-HCA** |

### NOTICE FO APPEAL TO
### THE UNITED STATES COURT OF APPEALS
### FOR THE EIGHTH CIRCUIT

Appellant/Creditor James Gretter, *pro se*, appeals to the United States Court of Appeals for the Eighths Circuit from the final judgment of the District Court for the Southern District of Iowa, entered in this case on the July 20, 2016, dismissing, as equitably moot, Appellant/Creditor James Gretter's appeal of the bankruptcy court's order denying Debtor's motion to assume and assign its franchise agreements with General Motors, LLC and Ford Motor Company to a third-party purchaser.

The parties to the judgment appealed from and the names and addresses for their respective attorneys are as follows:

Gretter Autoland, Inc.'s attorney is Sean P. Moore, Brown, Winick, Graves, Gross, Baskerville, & Schoenebaum P.L.C., 666 Grand Ave., Ste 2000, Des Moines, IA 50309, Telephone: (515) 242-2460.

Ford Motor Company's attorney is Julie Johnson McLean, Davis, Brown, Koehn, Shors & Roberts, P.C., 215 l0th St., Ste. 1300, Des Moines, Iowa 50309, Telephone: (515) 288-2500.

General Motors, LLC's attorney is Dallas J. Janssen, Janssen Law Office, 700 Second Ave., Ste. 103, Des Moines, Iowa 50309, Telephone: (515) 274-9161.

Edwards Auto Plaza, Inc.'s attorney is Tiernan T. Siems, Erickson & Sederstrom, P.C., 10330 Regency Parkway Dr., Ste. 100, Omaha, Nebraska 68114, Telephone: (402) 397-2200.

Ally Financial, Inc.'s attorney is Donald H. Cram, III, Severson & Werson, P.C., One Embarcadero Center, 26th Floor, San Francisco, CA 94111, Telephone: (415) 677-5536.

The Chapter 7 Trustee's attorney is Jeffrey D. Goetz, 801 Grand Ave, Ste. 3700, Des Moines, IA 50309, Telephone: (515) 246-5817.

      */s/ James M. Gretter*
JAMES M. GRETTER
Foland, Wickens, Eisfelder,
Roper & Hofer, P.C.
1200 Main St., Ste. 2200
Kansas City, Missouri 64105
Telephone: (816) 472-7474
Facsimile: (816) 472-6262
Email: jgretter@fwpclaw.com
**PRO SE APPELLANT/CREDITOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of his document was served electronically on all parties who receive electronic notice through CM/ECF on this 15th day of August, 2016.

      */s/ James M. Gretter*